AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Leticia Alcantara | ) | Case No.  22-mj-7227-JCB |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 15, 2022, to July 19, 2022,  in the county of _____ in the _____ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. section 922(a)(1)(A) | Dealing firearms without a license |

This criminal complaint is based on these facts:

See attached affidavit of ATF SA Eric Mercer, attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Eric Mercer, ATF SA
*Printed name and title*

Sworn to before me by telephone pursuant to Fed. R. Crim. P. 4.1.

Date: July 28, 2022

*Judge's signature*

City and state: Boston, MA

U.S. Magistrate Judge Jennifer C. Boal
*Printed name and title*