22-MJ-7227-JCB

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Eric Mercer, being duly sworn, state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") and have worked there since January 2020. I am currently assigned to the Bridgewater, Massachusetts, Field Office. Prior to my employment with the ATF, I was employed as a Trooper with the New Hampshire State Police from 2018 to 2020. During my time there, I received training and experience conducting numerous motor vehicle and criminal investigations. As an ATF Special Agent, I have received training and gained experience regarding investigations involving firearms and narcotics trafficking and the possession of firearms by prohibited persons, including felons, gang members, parolees, narcotics users and narcotics traffickers. As a result of my training and experience, I am familiar with methods commonly utilized by firearms and narcotics traffickers in conducting their business.

2. I have participated in various aspects of firearms and narcotics investigations, including physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, the execution of search warrants, the effecting of arrests, and the debriefing of defendants, informants, and witnesses who had personal knowledge regarding firearms and narcotics trafficking organizations.

3. I submit this affidavit in support of a criminal complaint charging Leticia ALCANTARA (DOB XX/XX/1997) with dealing in firearms without a license, in violation of 18 U.S.C. § 922(a)(1)(A).

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended

to show that there is probable cause that the above-listed crimes have been committed and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

### Background of Investigation

5. ATF has been engaged in a joint federal and local investigation of firearms trafficking in Massachusetts since as early as October 2021. In or around October 2021, investigators learned about potential firearms trafficking from two cooperating witnesses, CW-1 and CW-2.[1] At around that time, ALCANTARA introduced CW-1 and CW-2 to an individual, Person 1, involved in firearms and narcotics distribution. From between about October 2021 and February 2022, at the direction of law enforcement, CW-2 communicated with Person 1 about the potential purchase of divers firearms and, on two separate occasions during that time period, ATF conducted controlled firearms purchases from Person 1 in Massachusetts.

6. Then, in or around February 2022, ALCANTARA contacted CW-2 offering to sell firearms to CW-2 directly. On February 15, 2022, ALCANTARA contacted CW-2 by phone and offered to sell CW-1 and CW-2 a 9mm handgun. ALCANTARA sent CW-2 two photographs of the firearm and offered to sell it for $2,500. Based on my review of the photographs and my training and experience, I believe the photographs sent by ALCANTARA depicted a Tanfolgio Witness 9mm handgun. On February 28, 2022, CW-2 reported that ALCANTARA contacted CW-2 to meet in Falmouth, Massachusetts. CW-2 stated that CW-2 met with ALCANTARA and

---

[1] The identities of CW-1 and CW-2 are known to me but are anonymized here because I believe disclosure would be dangerous to their safety and detrimental to effective law enforcement. CW-1 and CW-2 have previously provided accurate and reliable information in criminal investigations, and have provided information and conducted controlled purchases which have led to numerous state and federal search and arrest warrants. In exchange for providing information and assistance in this investigation, CW-1 and CW-2 have received monetary assistance and immigration benefits. CW-1 has no criminal convictions or charges. CW-2 has no criminal convictions and no pending criminal charges; CW-2 has prior arrests for, among other things, motor vehicle offenses, assault, larceny, and intimidation, which were all dismissed.

Person 1 at the meeting in Falmouth, and they discussed firearms that were potentially for sale to CW-2.

7. Based on my review of law enforcement records and information from other law enforcement agents, I know that ALCANTARA is not a United States citizen and there is no record of her lawfully entering the United States, applying for a visa, or otherwise receiving permission to lawfully be in the United States. Because she is an alien unlawfully in the United States, ALCANTARA is prohibited from possessing any firearm or ammunition.

**March 15, 2022, Controlled Firearm Purchase**

8. On or around the week of March 12, 2022, ALCANTARA communicated with CW-2 by phone regarding a potential firearm sale. ALCANTARA agreed to sell the 9mm handgun, which she previously sent photos of on about February 15, 2022, for a negotiated price of $1,800. CW-2 and ALCANTARA agreed to meet to complete the firearms transaction in Falmouth, Massachusetts, on March 15, 2022.

9. On March 15, 2022, investigators from ATF Bridgewater and the Falmouth Police Department met with CW-1 and CW-2 at a predetermined location in advance of the arranged meeting with ALCANTARA. CW-1 and CW-2 were equipped with electronic surveillance equipment, an undercover ("UC") vehicle equipped with electronic surveillance equipment, and $1,800 of government funds to purchase the firearm. Investigators searched CW-1 and CW-2 prior to the controlled purchase, and they did not have any other currency or contraband on them.

10. CW-1 and CW-2 confirmed the meeting location at the Walmart located at 137 Teaticket Highway, Falmouth, Massachusetts. Investigators maintained surveillance of the Walmart parking lot, and CW-1 and CW-2 were under constant surveillance throughout the duration of the controlled purchase. Surveillance personnel observed the UC vehicle park next to

a gray Honda Civic bearing New Hampshire registration 4982992, occupied by two females and one male. Surveillance personnel observed a female, later identified as ALCANTARA, exit the Honda and enter the rear passenger seat of the UC vehicle. Surveillance personnel monitoring the transmitter overheard a conversation between CW-1, CW-2, and ALCANTARA in Portuguese. Shortly thereafter, ALCANTARA exited the UC vehicle and reentered the Honda. Surveillance personnel continued to maintain constant surveillance of the UC vehicle back to a pre-determined location.

11. Upon arrival at the pre-determined location, CW-2 provided agents with a Tanfoglio Witness 9mm handgun, bearing serial number AE36195, concealed inside of a black trash bag. Investigators again searched CW-1, CW-2, and the UC vehicle, and did not find any other contraband or currency.

12. During a post operational debrief, CW-1 and CW-2 reported that ALCANTARA entered the UC vehicle and produced the black trash bag containing the firearm from inside of her purse. CW-1 reported that he/she paid ALCANTARA $1,800 in government funds for the firearm. CW-1 and CW-2 further reported that ALCANTARA stated that she could acquire additional firearms for sale.

13. I have personally reviewed the electronic surveillance recordings of the controlled purchase and it is consistent with the post operational account provided by CW-1 and CW-2.

### July 12, 2022, Controlled Firearms Purchase

14. In July 2022, ALCANTARA had multiple conversations with CW-2 regarding additional firearms that she was offering for sale.

    a. On or about July 2, 2022, ALCANTARA sent CW-2 a photo of handgun with a white grip and silver slide that appeared to be a Ruger 9mm handgun, and offered to sell it to CW-1 and CW-2 for $2,000.

    b. On or about July 7, 2022, ALCANTARA sent CW-2 photos of two firearms, one small holster-grip revolver, and one large black pistol wrapped in white tape that appeared to be a Haskell Manufacturing ("HiPoint") handgun.

    c. On or about July 9, 2022, ALCANTARA sent CW-2 photos of two firearms, one handgun similar in appearance to the July 7 HiPoint handgun except without white tape, and one handgun that appeared to be a Star Bonifacio Echeverria ("Star") Firestar 9mm handgun. ALCANTARA stated she would sell the HiPoint .45 caliber handgun for $1,700 and the Star Firestar 9mm handgun for $2,000.

15. On or about July 11, 2022, ALCANTARA sent CW-2 additional photos of the two firearms previously discussed on July 9—the HiPoint .45 caliber handgun and the Star Firestar 9mm handgun. At the direction of law enforcement, CW-2 negotiated a price of $700 for the HiPoint .45 caliber handgun and $2,000 for the Star Firestar handgun. ALCANTARA agreed to meet to conduct the firearms transaction on July 12, 2022, in Plymouth, Massachusetts.

16. On July 12, 2022, investigators from ATF Bridgewater and the Plymouth Police Department met with CW-1 and CW-2 at a predetermined location in advance of the arranged meeting with ALCANTARA. CW-1 and CW-2 were equipped with electronic surveillance equipment, an undercover ("UC") vehicle equipped with electronic surveillance equipment, and $2,700 of government funds to purchase the firearms. Investigators searched CW-1 and CW-2 prior to the controlled purchase, and they did not have any other currency or contraband on them.

17.     CW-1 and CW-2 confirmed the meeting location at the Home Depot located at 39 Long Pond Road, Plymouth, Massachusetts.  Investigators maintained surveillance of the Home Depot parking lot, and CW-1 and CW-2 were under constant surveillance throughout the duration of the controlled purchase.  Surveillance personnel observed a black Chevrolet Corvette, bearing New Hampshire registration 4835576, drive towards the UC vehicle and park in the lot.  Surveillance personnel observed ALCANTARA exit the passenger seat of the Corvette carrying a dark colored bag and enter the rear passenger seat of the UC vehicle.  A white male was operating the Corvette.  Subsequent review of New Hampshire motor vehicle records for registration 4835576 showed that the black Chevrolet Corvette is registered to Person 2, with a listed address in Bristol, New Hampshire.

18.     Surveillance personnel monitoring the transmitter overhead a conversation between CW-1, CW-2, and ALCANTARA in Portuguese.  ALCANTARA then exited the UC vehicle and reentered the passenger seat of the Corvette.  Surveillance personnel continued to maintain constant surveillance of the UC vehicle back to a pre-determined location.

19.     Upon arrival at the pre-determined location, CW-1 and CW-2 provided agents with a HiPoint JH .45 caliber pistol, bearing serial number 322239, and a Star Firestar 9mm pistol, bearing serial number 2148863, along with a white rag and Ziplock bag used to wrap the firearms.  Investigators again searched CW-1, CW-2, and the UC vehicle, and did not find any other contraband or currency.

20.     During a post operational debrief, CW-1 and CW-2 reported that ALCANTARA entered the UC vehicle and produced the two firearms from inside of her bag.  CW-1 reported that he/she paid ALCANTARA $2,700 in government funds for the firearms.  CW-1 and CW-2 further reported that ALCANTARA stated she was going to get new firearms that she would have for sale.

21. I have personally reviewed the electronic surveillance recordings of the controlled purchase and it is consistent with the post operational account provided by CW-1 and CW-2.

**Firearms Purchased by Person 2 and Offered for Sale by ALCANTARA**

22. Later on July 12, 2022, after the completed firearms transaction described above, ALCANTARA contacted CW-2 by phone and stated that she was on her way to purchase additional firearms. ALCANTARA subsequently sent CW-2 photos of two firearms in pistol boxes. One of the firearms appeared to be a HiPoint handgun, and the other firearm appeared to be a Sarsilmaz SAR 9mm handgun with a visible serial number in the photo of T1102-21BV54174.

23. Based on my review of a Multiple Sales Summary report filed by Abe's Awesome Armaments, a federal firearms licensee ("FFL") located at 583 NH RT 104 New Hampton, New Hampshire, Person 2 purchased two firearms on July 12, 2022. According to the report from the FFL, Person 2 purchased a Sarsilmaz SAR9 9mm handgun, bearing serial number T1102-21BV54174, and a HiPoint C9 9mm handgun, bearing serial number P10119135. The Sarsilmaz pistol purchased by Person 2 had the same serial number as the firearm in the photograph sent to CW-2 by ALCANTARA on July 12, 2022.

**July 19, 2022, Controlled Firearms Purchase**

24. At the direction of law enforcement, CW-2 negotiated a price for the two firearms with ALCANTARA. ALCANTARA agreed sell the two firearms for $2,800, and agreed to meet CW-1 and CW-2 to conduct the firearms transaction on July 19, 2022, at the Home Depot located at 39 Long Pond Road, Plymouth, Massachusetts.

25. On July 19, 2022, investigators from ATF Bridgewater met with CW-1 and CW-2 at a predetermined location in advance of the arranged meeting with ALCANTARA. CW-1 and CW-2 were equipped with electronic surveillance equipment, an undercover ("UC") vehicle

equipped with electronic surveillance equipment, and $2,800 of government funds to purchase the firearm. Investigators searched CW-1 and CW-2 prior to the controlled purchase, and they did not have any other currency or contraband on them.

26. CW-1 and CW-2 confirmed the meeting location at the Home Depot located at 39 Long Pond Road, Plymouth, Massachusetts. Investigators maintained surveillance of the Home Depot parking lot, and CW-1 and CW-2 were under constant surveillance throughout the duration of the controlled purchase. Surveillance personnel observed a black Chevrolet Corvette, bearing New Hampshire registration 4835576, drive towards the UC vehicle and park in the lot. The operator of the vehicle was a middle-aged white male, wearing a red shirt, and backwards hat. The passenger, identified as ALCANTARA, exited the passenger side of the Corvette holding a dark colored bag, and entered the rear passenger seat of the UC vehicle. Surveillance personnel monitoring the transmitter overhead a conversation between CW-1, CW-2, and ALCANTARA in Portuguese. ALCANTARA then exited the UC vehicle and reentered the passenger seat of the Corvette. Surveillance personnel continued to maintain constant surveillance of the UC vehicle back to a pre-determined location.

27. I, along with other agents, continued surveillance of the Corvette as it left the Home Depot parking lot. Prior to exiting the parking lot and entering back on to Long Pond Road, I was in a stopped position directly next to the Corvette and I observed the male operator of the vehicle. Based on my observations of the driver and my review of New Hampshire motor vehicle records, I believe that the driver was Person 2, the registered owner of the Corvette.

28. Upon arrival at the pre-determined location, CW-1 and CW-2 provided agents with two pistol boxes containing a HiPoint C9 9mm pistol, bearing serial number P10119135, and a Sarsilmaz SAR9 9mm pistol, serial number T1102-21BV54174. Based on the serial numbers and

the Multiple Sales report from the FFL, these are the same two firearms that Person 2 purchased at Abe's Awesome Armaments a week earlier, on July 12, 2022. Investigators again searched CW-1, CW-2, and the UC vehicle, and did not find any other contraband or currency.

29. During a post operational debrief, CW-1 and CW-2 reported that ALCANTARA entered the rear passenger seat of the UC vehicle and produced the two pistol boxes her bag. CW-1 reported that he/she paid ALCANTARA $2,800 in government funds for the firearms.

30. I have personally reviewed the electronic surveillance recordings of the controlled purchase and it is consistent with the post operational account provided by CW-1 and CW-2.

31. After the completed firearms transaction on July 19, 2022, ALCANTARA communicated with CW-2 about additional firearms for sale, including another HiPoint handgun and a Palmetto State Armory AR-15 rifle.

## CONCLUSION

32. Based on the foregoing, I submit that there is probable cause to believe that Leticia ALCANTARA (DOB XX/XX/1997) committed the offense of dealing in firearms without a license, in violation of 18 U.S.C.§ 922(a)(1)(A).

Respectfully submitted,

Eric H. Mercer, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to before me, pursuant to Fed. R. Crim. P. 4.1, on July 28, 2022

HONORABLE JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE